UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DONNA H.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:25-cv-77

District Judge Michael J. Newman
Magistrate Judge Chelsey M. Vascura

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE (Doc. No. 16); (2) OVERRULING
PLAINTIFF'S OBJECTIONS (Doc. No. 17); (3) AFFIRMING THE ALJ'S NON-
DISABILITY FINDING; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This Social Security appeal is before the Court on the Report and Recommendation of
United States Magistrate Judge Chelsey M. Vascura (Doc. No. 16), to whom this case was referred
pursuant to 28 U.S.C. § 636(b).  Judge Vascura recommends that the Administrative Law Judge's
("ALJ's") non-disability finding be affirmed.  Plaintiff objects to the Report and Recommendation
(Doc. No. 17), and the Commissioner has not responded.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the
comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter,
including Plaintiff's objections.  The Court concludes that the Report and Recommendation sets
forth the applicable law and is well reasoned.  Accordingly, it is hereby **ORDERED** that: (1) the
Report and Recommendation is **ADOPTED**; (2) Plaintiff's objections are **OVERRULED**; (3) the
ALJ's non-disability finding is **AFFIRMED**; and (4) this case is **TERMINATED** on the Court's
docket.

**IT IS SO ORDERED.**

<u>March 10, 2026</u>                                      s/*Michael J. Newman*
                                                               Hon. Michael J. Newman
                                                               United States District Judge